UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, CHRISTINE GROGAN, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL CASE NO.: 3:15-cv-00568 JUDGE TRAUGER |
| v. | ) ) | |
| INNOVATIVE THERAPIES, INC., CARDINAL HEALTH, INC., MP TOTALCARE SERVICES, INC., and, SUNMED MEDICAL SYSTEMS, INC. | ) ) ) ) ) | **UNDER SEAL** |
| Defendants. | ) | |

## ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME TO CONSIDER INTERVENTION

Upon consideration of the United States' Motion pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an extension of time in which to determine whether to intervene in the above-captioned action, and for good cause shown:

**IT IS HEREBY ORDERED** that the United States shall have until and including January 25, 2016, to notify the Court of its decision regarding intervention;

**IT IS FURTHER ORDERED** that the Complaint and all other filings shall remain under seal until and including January 25, 2016, or until further order of the Court.

_____
**ALETA A. TRAUGER**
United States District Judge